JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

JOHNNY ROBERT FOSTER,                )   NO. CV 09-01406 JFW (SS)
                                     )
              Petitioner,            )   **JUDGMENT**
                                     )
         v.                          )
                                     )
FRANCISCO JACQUEZ, Acting Warden,)
                                     )
              Respondent.            )
_____)

    Pursuant to the Court's Order Adopting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

    IT IS HEREBY ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: May 28, 2009

                              _____
                              JOHN F. WALTER
                              UNITED STATES DISTRICT JUDGE